THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK A. MEEHAN, Appellant, *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Meehan* v. *Greene,* 114 App. Div. 901, affirmed.

(Argued January 11, 1907; decided January 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1906, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

35 .

*Jacob Rouss* and *Louis J. Grant* for appellant.

*William B. Ellison, Corporation Counsel (Theodore Connoly* and *Royal E. T. Riggs* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.   Not voting: WILLARD BARTLETT, J.